PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 1:01CR05444-01-REC |
| ) | |
| JAIME RENEE DONALDSON ) | |
| ) | |

On November 19, 2001, the above-named was placed on probation for a period of five (5) years. The offender has complied with the rules and regulations of supervision. It is accordingly recommended that Jaime Renee Donaldson be discharged from supervision.

Respectfully submitted,

/s/ Katerina M. Holland

**KATERINA M. HOLLAND**
**United States Probation Officer**

Dated:   December 29, 2005
         Fresno, California
         KMH

**REVIEWED BY:**   /s/ Bruce Vasquez
                 **BRUCE VASQUEZ**
                 **Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re: JAIME RENEE DONALDSON**
   **Docket Number:   1:01CR05444-01 REC**
   **ORDER TERMINATING PROBATION**
   **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the offender be discharged from probation, and that the proceedings in the case be terminated.

January 17, 2006                                              /s/ OLIVER W. WANGER

**Date**                                                                **OLIVER W. WANGER**
                                                                         **Senior United States District Judge**

KMH
Attachment:   Recommendation
cc:   United States Attorney's Office
         FLU Unit, AUSA's Office
         Fiscal Clerk, Clerk's Office

Rev. 03/2005
PROB35.MRG